```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                          "AIRGAS NOR-PAC INC V RICK EGGLESTON"

                  Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/16/02
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (190) Other contract actions
                    28 USC 1332(A)
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $150.00 on 08/16/02 receipt # 00118205
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1            AIRGAS NOR-PAC INC              Douglas S. Parker
                                                   Preston Gates & Ellis
                                                   420 L Street, Suite 400
                                                   Anchorage, AK 99501-1937
                                                   907-276-1969
                                                   FAX 907-276-1365

                                                   James M. Boardman
                                                   Preston Gates et al
                                                   420 L Street, Suite 400
                                                   Anchorage, AK 99501-1937
                                                   907-276-1969
                                                   FAX 907-276-1365

DEF 1.1            EGGLESTON, RICK                 Thomas Van Flein
                                                   Clapp Peterson et al
                                                   711 H Street, Suite 620
                                                   Anchorage, AK 99501-3442
                                                   907-272-9228
                                                   FAX 907-272-9856

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                 "AIRGAS NOR-PAC INC V RICK EGGLESTON"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/16/02
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332(A)
           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $150.00 on 08/16/02 receipt # 00118205
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/16/02 | Complaint filed; Summons issued. |
| 2 - 1 | 08/16/02 | PLF 1 Jury Demand. |
| 3 - 1 | 08/20/02 | PLF 1 Notice of change of firm and address for J. Boardman. |
| 4 - 1 | 09/17/02 | DEF 1 Attorney Appearance of M. MacDonald. |
| 5 - 1 | 09/17/02 | DEF 1 Jury Demand. |
| 6 - 1 | 09/17/02 | DEF 1 Answer to Complaint. |
| 7 - 1 | 09/17/02 | DEF 1 motion to set trial venue in Fairbanks. |
| 8 - 1 | 09/18/02 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 9 - 1 | 09/18/02 | PLF 1 Return of Service Executed re: DEF 1 on 8/24/02. |
| 10 - 1 | 10/01/02 | PLF 1 oppo to DEF 1 mot to set trial venue in Fairbanks (7-1) w/att exhs and aff. (located in expando folder behind filed) |
| 11 - 1 | 10/02/02 | PLF 1 Report re: parties meeting. |
| 12 - 1 | 10/07/02 | JKS Scheduling and Planning Order setting pretrial ddlns: Original disc 04/01/03; disp mots ddln 05/03/03; 7 day TBJ estimate. cc: cnsl |
| 13 - 1 | 10/07/02 | PLF 1 Answer to Def's Counterclaim. |
| 14 - 1 | 10/10/02 | DEF 1 Unopposed motion to accept late filing of def's reply to mot for Fairbanks trial venue. |
| 14 - 2 | 10/11/02 | Order granting motion Unopposed motion to accept late filing of def's reply to mot for Fairbanks Trial Venue (14-1).  cc: cnsl |
| 15 - 1 | 10/11/02 | DEF 1 reply to opposition to DEF 1 motion to set trial venue in Fairbanks (7-1) w/att aff. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                           "AIRGAS NOR-PAC INC V RICK EGGLESTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/17/02 | JKS Order denying w/o prej mot to set trial venue in Fairbanks (7-1); mot to set place of trial to be fld after close of disc. cc: cnsl |
| 17 - 1 | 11/06/02 | PLF 1 Return of Service Executed re: DEF 1 on 8/24/02. |
| 18 - 1 | 02/28/03 | DEF 1 Final Witness List. |
| 19 - 1 | 03/03/03 | PLF 1 Final Witness List. |
| 20 - 1 | 03/18/03 | PLF 1; DEF 1 stipulation to ext discovery to 5/30/03; final witness list to 5/16/03; expert reports to 5/8/03. |
| 21 - 1 | 04/08/03 | DEF 1 Supplement to Final Witness List. |
| 22 - 1 | 05/02/03 | DEF 1 (joint) to revise scheduling order. |
| 23 - 1 | 05/05/03 | PLF 1 Notice of filing original signature of R. Eggleston re: DEF 1 (joint) to revise scheduling order(22-1) . |
| 22 - 2 | 05/09/03 | JKS Order granting stipulation (joint) to revise scheduling order (22-1); cross SJ mots due 6/20/03; post-order status conf 1/2 weeks post SJ order. cc: cnsl |
| 24 - 1 | 06/20/03 | PLF 1 motion for partial summary judgment w/att memo, aff & exhs. |
| 25 - 1 | 06/20/03 | DEF 1 motion for summary judgment w/att memo, notice & affs. |
| 26 - 1 | 07/07/03 | PLF 1; DEF 1 motion (joint) for extension of time until 07/18/03 to file oppositions to cross motions for summary judgment. |
| 27 - 1 | 07/08/03 | JKS Order granting mot (joint) for ext of time until 07/18/03 to file oppos to cross mots for sj (26-1). cc: cnsl |
| 28 - 1 | 07/17/03 | DEF 1 opposition to PLF 1 motion for partial summary judgment (24-1) w/att exhs. |
| 29 - 1 | 07/18/03 | PLF 1 oppo to DEF 1 mot for sj (25-1) w/att aff & exhs. |
| 30 - 1 | 07/18/03 | PLF 1 Notice of filing unsigned aff of Mark Bradley. |
| 31 - 1 | 07/18/03 | PLF 1 Notice of filing facsimile aff of Jeff Brown. |
| 32 - 1 | 07/18/03 | PLF 1 Notice of filing unsigned aff of Leslie Graff. |
| 33 - 1 | 07/21/03 | PLF 1 Notice of filing original affidavit in support of opp re: DEF 1 motion for summary judgment (25-1) w/att aff. |
| 34 - 1 | 07/25/03 | PLF 1 Notice of filing signed affidavit of Mark Bradley re: oppo to DEF 1 motion for summary judgment (25-1) w/att aff. |
| 35 - 1 | 07/28/03 | DEF 1 reply to oppo to DEF 1 mot for sj (25-1) w/att aff & exhs. |
| 36 - 1 | 07/29/03 | PLF 1 reply to oppo to PLF 1 mot for part sj (24-1) w/att exh. |
| 37 - 1 | 07/29/03 | PLF 1 Notice of filing unsigned aff of Mark Bradley. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                          "AIRGAS NOR-PAC INC V RICK EGGLESTON"

                                   For all filing dates


 Document #   Filed      Docket text

     38 -  1  08/04/03   PLF 1 Notice of filing signed affidavit of Leslie Graff re: oppo re: DEF
                         1 motion for summary judgment (25-1) w/att aff.

     39 -  1  08/13/03   PLF 1 Notice of filing signed aff of M. Bradley as exh 1 to reply to
                         oppo re: PLF 1 motion for partial summary judgment (24-1) w/att
                         affidavit.

     40 -  1  08/22/03   DEF 1 Supplement to motion for summary judgment (25-1) w/att exhs.

     41 -  1  01/02/04   JKS Minute Order setting o/a on mot for sj (25-1) and mot for part sj
                         (24-1) for 01/08/04 at 3:00 p.m. cc: cnsl

     42 -  1  01/09/04   JKS Court Minutes [ECR: Robin Carter] O/A on mot for part sj (24-1) and
                         mot for sj (25-1) Held 01/08/04; taking under advisement mot for part sj
                         (24-1), mot for sj (25-1).

     43 -  1  03/15/04   JKS Order denying w/o prej to renewal following close of disc mot for
                         part sj (24-1), mot for sj (25-1). cc: cnsl

     44 -  1  03/16/04   JKS Minute Order that joint stat rpt re: case resolution by 4/9/04. cc:
                         cnsl

     45 -  1  04/08/04   PLF 1 Joint Status Report.

     46 -  1  04/15/04   JKS Minute Order that joint stat rpt dated 04/08/04 is accepted; setting
                         the following dates: Disc to close 07/30/04; Disp mots ddln 08/31/04.
                         cc: cnsl

     47 -  1  06/14/04   DEF 1 Expert Witness Disclosure.

     48 -  1  06/15/04   PLF 1 Expert witness disclosure.

     49 -  1  07/12/04   DEF 1 Stipulation for substitution of cnsl T. Van Flein for M.
                         MacDonald.

     50 -  1  07/19/04   JKS Order granting stip for substitution of cnsl T. Van Flein for M.
                         MacDonald (49-1). cc: cnsl, T. Van Flein

     51 -  1  07/22/04   PLF 1; DEF 1 Stipulation for extension of time to extend discovery to
                         10/31/04 and dispositive motions to 12/15/04.

     51 -  2  07/26/04   JKS Order granting stip for ext of time to ext disc to 10/31/04 and
                         (51-1) & setting the following dates: Disc to close 10/31/04; Disp mots
                         ddln 12/15/04. cc: cnsl

     52 -  1  08/03/04   PLF 1; DEF 1 Stipulation to dismiss counterclaim w/prej.

     52 -  2  08/04/04   JKS Order approving stip to dismiss counterclaim w/prej (52-1). cc: cnsl

     53 -  1  09/14/04   PLF 1 Stipulated protective order.

     53 -  2  09/16/04   JKS Order granting stipulation protective order (53-1). cc: cnsl

     54 -  1  12/03/04   PLF 1; DEF 1 Stipulation to ext deadlines (expert dscvy completion &
                         dsptv motions).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                           "AIRGAS NOR-PAC INC V RICK EGGLESTON"

                                   For all filing dates


 Document #    Filed      Docket text

     54 -   2  12/08/04   JKS Order granting stipulation to ext deadlines (54-1) & setting the
                          following dates: Discovery to close 01/31/05; Expert Dispositive motions
                          deadline 02/15/05. cc: cnsl

     55 -   1  12/20/04   DEF 1 Supplement to previous wit list and disclosures.

     56 -   1  02/04/05   PLF 1; DEF 1 Stipulation to ext pretrial deadlines.

     56 -   2  02/11/05   JWS Order setting the following dates: Expert Discovery to close
                          03/14/05; Dispositive motions deadline 03/28/05. cc: cnsl

     57 -   1  03/07/05   DEF 1 motion for partial summary judgment dismissing claim for punitive
                          damages w/att exhs.

     58 -   1  03/11/05   DEF 1 motion & memo for ruling of law to revise non-compete agreement or
                          alternatively, to void agreement w/att aff & exhs.

     59 -   1  03/14/05   DEF 1 Errata to exhibits to motion for partial summary judgment
                          dismissing claim for punitive damages (57-1).

     60 -   1  03/14/05   DEF 1 Supplement Expert Witness Disclosures w/att aff & exhs.

     61 -   1  03/15/05   DEF 1 motion & memo for partial SJ dismissing Airgas's unjust enrichment
                          claim w/att exh.

     62 -   1  03/25/05   PLF 1 opposition to DEF 1 motion for partial summary judgment dismissing
                          claim for punitive damages (57-1) w/att aff & exhs.

     63 -   1  03/25/05   PLF 1 opposition to DEF 1 motion & memo for ruling of law to revise
                          non-compete agreement or alternatively, to void agreement (58-1) w/att
                          aff & exhs.

     64 -   1  03/25/05   PLF 1; DEF 1 Stipulation to extend dispositive motions deadline.

     65 -   1  03/29/05   PLF 1 opposition to DEF 1 motion & memo for partial SJ dismissing
                          Airgas's unjust enrichment claim (61-1).

     64 -   2  03/30/05   JWS Order granting Stipulation to extend dispositive motions deadline
                          (64-1) & setting the following dates: Dispositive motions deadline
                          04/08/05. cc: cnsl

     66 -   1  03/30/05   DEF 1 Unopposed motion for ext of time (to 4/8) to reply to oppos w/att
                          aff.

     67 -   1  04/04/05   JKS Order granting unopposed motion for ext of time (to 4/8) to reply to
                          oppos (66-1). cc: cnsl

     68 -   1  04/07/05   PLF 1 Unopposed motion for extention of time until 4/11/05 to file
                          dispositive motions.

   NOTE -   1  04/08/05   Notation: DOCKET 69 IS AN UN-USED DOCKET NUMBER.

     68 -   2  04/08/05   Order granting unopposed motion for extention of time until 4/11/05 to
                          file dispositive motions (68-1).  cc: cnsl

     70 -   1  04/08/05   Stipulation to extend dispositive mot ddln to 4/12/05 and def's reply
                          brf ddln to 4/12/05.

 ACRS: R_VDSDX                   As of 12/01/05 at 3:03 PM by GARRY                         Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                          "AIRGAS NOR-PAC INC V RICK EGGLESTON"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 70 - 2 | 04/12/05 | JKS Order granting stipulation to extend dispositive mot ddln to 4/12/05 and def's reply (70-1) & setting the following dates: Dispositive motions deadline 04/12/05. cc: cnsl |
| 71 - 1 | 04/12/05 | DEF 1 reply to opposition to DEF 1 motion for partial summary judgment dismissing claim for punitive damages (57-1). |
| 72 - 1 | 04/12/05 | DEF 1 reply to opposition to DEF 1 motion & memo for ruling of law to revise non-compete agreement or alternatively, to void agreement (58-1). |
| 72 - 2 | 04/12/05 | DEF 1 motion cross motion to declare 10/13/99 agreement an integrated contract that supersedes the 10/1/99 agreement. |
| 73 - 1 | 04/13/05 | PLF 1 motion for summary judgment w/att memo, aff & exhs. (original in folder behind file) |
| 74 - 1 | 04/13/05 | DEF 1 reply to opposition to DEF 1 motion for partial SJ dismissing Airgas's unjust enrichment claim (61-1). |
| 75 - 1 | 04/13/05 | Stipulation for ext of time until 4/15/05 to file dispositive motions. |
| 75 - 2 | 04/15/05 | JKS Order granting stipulation for ext of time until 4/15/05 to file dispositive motions (75-1). cc: cnsl |
| 76 - 1 | 04/15/05 | DEF 1 Motion for partial summary judgment dismissing claim for interference with contract w/att exhs. |
| 77 - 1 | 05/04/05 | PLF 1; DEF 1 Stipulation to ext ddlns to 5/10/05; oppo to plf's mot for SJ; oppo to def's mot for partial SJ; oppo to def's x-mot to declare 10/13/99 agreement an integrated contract that supersedes the 10/1/99 agreement. |
| 77 - 2 | 05/09/05 | JKS Order granting stipulation to ext ddlns to 5/10/05; oppo to plf's mot for SJ; oppo to def's mot for SJ; oppo to def's x-mot to declare 10/13/99 agreement an integrated contract that supersedes the 10/1/99 agreement (77-1). cc: cnsl |
| 78 - 1 | 05/10/05 | DEF 1 Stipulation to ext deadlines to 5/11/05: oppo to plf's mot for SJ; opp o to def's mot for part SJ; oppo to def's x-mot. |
| 79 - 1 | 05/10/05 | PLF 1 opposition to DEF 1 motion cross motion to declare 10/13/99 agreement an integrated contract that supersedes the 10/1/99 agreement (72-2). w/att exhs. |
| 80 - 1 | 05/11/05 | DEF 1 Errata re: DEF 1 Motion for partial summary judgment dismissing claim for interference with contract (76-1). |
| 81 - 1 | 05/11/05 | PLF 1 opposition to DEF 1 Motion for partial summary judgment dismissing claim for interference with contract (76-1) w/att exhs. |
| 82 - 1 | 05/13/05 | DEF 1 Statement of genuine issues of material fact w/att exhs. |
| 83 - 1 | 05/13/05 | DEF 1 motion to accept def's late filed opposition to pltf's mot for summary judgment w/att oppo. |
| 78 - 2 | 05/16/05 | JKS Order granting stipulation deadlines to 5/11/05: oppo to plf's mot for SJ; oppo to def's mot for part SJ; oppo to def's x-mot. (78-1). cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                         "AIRGAS NOR-PAC INC V RICK EGGLESTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 84 - 1 | 05/19/05 | PLF 1; DEF 1 Stipulation to ext deadlines. |
| 83 - 2 | 05/20/05 | JKS Order granting motion to accept def's late filed opposition to pltf's mot for summary judgment (83-1). cc: cnsl |
| 85 - 1 | 05/20/05 | DEF 1 opposition to PLF 1 motion for summary judgment (73-1) w/att exhs. |
| 86 - 1 | 05/20/05 | DEF 1 Corrected Affidavit of svc re: oppo to PLF 1 motion for summary judgment (73-1). |
| 87 - 1 | 05/20/05 | DEF 1 Corrected Affidavit of svc re: statement of genuine issues of material facts. |
| 84 - 2 | 05/23/05 | JKS Order granting stipulation to ext deadlines 5/27/05: oppo to plf's mot for SJ; oppo to def's mot for part SJ; oppo to def's x-mot. cc: cnsl (84-1). cc: cnsl |
| 88 - 1 | 05/27/05 | PLF 1; DEF 1 Stipulation to extend deadlines. |
| 88 - 2 | 05/31/05 | JKS Order granting stipulation to extend deadlines; reply to plf's mot for SJ; reply to def's mot for part SJ; reply to def's x-mot due 7/1/05 (88-1). cc: cnsl |
| 89 - 1 | 06/03/05 | Motion to place exhs 6,7,8 under seal to oppo to mot for SJ. |
| 89 - 2 | 06/09/05 | JKS Order granting motion to place exhs 6,7,8 under seal to oppo to mot for SJ (89-1). cc: cnsl |
| 90 - 1 | 07/01/05 | DEF 1 Unopposed motion to ext deadlines to file replies &/or responses w/att aff. |
| 90 - 2 | 07/06/05 | JKS Order granting Unopposed motion to ext deadlines until 7/22 to file replies &/or responses (90-1). cc: cnsl |
| 91 - 1 | 07/22/05 | PLF 1 reply to opposition to PLF 1 motion for summary judgment (original in folder behind file) (73-1) w/att exhs. |
| 92 - 1 | 07/22/05 | PLF 1 Notice of filing faced aff of Dee J. Mohammadi. |
| 93 - 1 | 10/06/05 | JKS Order denying motion for partial summary judgment dismissing claim for punitive damages (57-1), motion & memo for ruling of law to revise non-compete agreement or alternativ (58-1), motion & memo for partial SJ dismissing Airgas's unjust enrichment claim (61-1), motion cross motion to declare 10/13/99 agreement an integrated contract that (72-2), motion for summary judgment (73-1), motion for partial summary judgment dismissing claim for interference with co (76-1). cc: cnsl |
| 94 - 1 | 10/12/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 95 - 1 | 10/13/05 | DEF 1 motion to bifurcate trial. |
| 96 - 1 | 10/14/05 | PLF 1 motion for reconsideration of order denying plf's mot for summary judgment. |
| 97 - 1 | 10/31/05 | DEF 1 Supplemental Witness List. |

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0202--CV (JKS)
                             "AIRGAS NOR-PAC INC V RICK EGGLESTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 98 - 1 | 10/31/05 | PLF 1 opposition to DEF 1 motion to bifurcate trial (95-1). |
| 99 - 1 | 11/08/05 | DEF 1 motion for one week extension of time to file reply brief re motion to bifurcate trial. |
| 99 - 2 | 11/08/05 | JWS Order granting motion for extension of time to 11/15/05 to file reply brief re motion to bifurcate (99-1). cc: cnsl |
| 100 - 1 | 11/10/05 | DEF 1 reply to opposition to DEF 1 motion to bifurcate trial (95-1) w/att exhs. |
| 101 - 1 | 11/14/05 | PLF 1 limited non-opposition to DEF 1 motion for one week extension of time to file reply brief re motion to bifurcate trial (99-1). |