**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

<u>AIRGAS NOR-PAC, INC.</u>   v.   <u>RICK EGGLESTON</u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                    CASE NO. <u>A02-0202 CV (JKS)</u>

<u>Dan Maus</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 6, 2005

      By order filed October 12, 2005, Clerk's Docket No. 94, the court called upon the parties to report on the readiness of this case for trial. No report has been filed. Counsel shall confer with one another and file the required report on or before fifteen (15) days from the date of this minute order.

A02-0202--CV (JKS)   am 12/7/05
-----------------------------------------
✓ J. BOARDMAN (PRESTON)
✓ T. VAN FLEIN

[]{IID2.WPD*Rev.12/96}

103