FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 3: 32

Tom V. Van Flein
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
Attorney for Defendant Rick Eggleston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| AIRGAS NOR-PAC, INC., | |
|---|---|
| Plaintiff, | |
| v. | |
| RICK EGGLESTON, | |
| Defendant. | Case No. A02-202 CI (JKS) |

### DEFENDANT'S STATUS REPORT

Counsel for Defendant prepared a letter to Counsel for Plaintiff in October, 2005, and sent a follow-up letter in early December, 2005, (Exhibits A and B), addressing the issues raised at Docket 94. The parties are unable to certify readiness for trial, therefore, Defendant submits the following status report:

(1) **Discovery**: Discovery is almost complete: There are several fact witness depositions slated to be completed by January 2006, including: Dennis Atkins, James Conners, Greg Bratten, Kevin Klann, Rick Thomas, Jeremy

*Defendant's Status Report*
Airgas v. Eggleston, Case No. A02-202 CI (JKS)
Page 1 of 3



Schaffer, Jeannie Caskey and James Connors. These are all short depositions, in the range of one to two hours.

In addition, the parties still need to have their expert reports completed and exchanged. Defendant is waiting on plaintiff's economist's final report in order to prepare a rebuttal by his economist. The parties anticipate that Plaintiff's final report will be exchanged by January 31, 2006 and Defendant's final report from Mike Scott and Peter Barrios by the same date, and the Defendant's rebuttal economic report issued by February 21, 2006. The parties expect expert depositions will be completed by the end of February 2006.

(2) **Trial Date**: The Defendant certifies that he should be ready for trial by April 19, 2006. An alternative date is any time in May 2006.

(3) **Settlement**: The parties are discussing a possible mediation in the case. If mediation is not successful, but the parties believe further discussions will be useful, they will jointly request this Court to arrange a settlement conference.

DATED this ____ day of December, 2005, at Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant

By: _____
Thomas V. Van Flein, #9011119

*Defendant's Status Report*
Airgas v. Eggleston, Case No. A02-202 CI (JKS)
Page 2 of 3

<u>Certificate of Service</u>
I certify that on this 20th day of December 2005, a copy of the foregoing document was
___ Faxed  X Mailed  ___ Hand-Delivered
to the following:

Douglas S. Parker
Preston Gates & Ellis, LLP
420 L Street, Suite 400
Anchorage, AK 99501

*Barbara M. Pauli*

cc:   Rick Eggleston
      Michael A. MacDonald, Esq.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

*Defendant's Status Report*
<u>Airgas v. Eggleston</u>, Case No. A02-202 CI (JKS)
Page 3 of 3