FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 2: 36

DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>RICK EGGLESTON,<br><br>  Defendant. | Case No. A02-202 CI (JKS) |

**PLAINTIFF'S STATUS REPORT**

The parties have had one or more conversations about the case since October, including a fairly lengthy conversation between counsel on October 31 concerning remaining tasks to be accomplished. Since then, defendant provided incomplete witness statements in the course of motion briefing, and plaintiff has been trying without much success so far to obtain complete statements. *See* Ex. A. Once full statements have been provided, we should be able to determine the extent of any remaining discovery. We

anticipate that remaining depositions will be short and can, like those suggested by Defendant, be coordinated and completed in January or by February 15. Plaintiff should have its expert report completed by the first week in January and anticipates expert depositions can be complete by the end of February as well. Plaintiff agrees with Defendant's statement regarding trial dates and potential settlement.

DATED at Anchorage, Alaska this 22nd day of December 2005.

PRESTON GATES & ELLIS LLP

ABA 9611064

By: _____
for: Douglas S. Parker, ABA No. 8311168
Attorneys for Plaintiff AIRGAS NOR-PAC, INC.

**Certificate of Service**

I hereby certify that on the 22nd day of December 2005, a true copy of the foregoing was served on:

Thomas V. Van Flein, Esq.
Clapp Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Via: ☑ U.S. Mail ☐ hand delivery ☐ facsimile

_____
Pamela McKibben

K:\39956\00009\DSP\JMT_P21JS

Plaintiff's Status Report
*Airgas v. Eggleston*, No. A02-0202 CV (JKS)
Page 2 of 2

**Preston|Gates|Ellis** LLP

Douglas S. Parker
parkerd@prestongates.com

December 2, 2005

**VIA FACSIMILE and REGULAR MAIL**

Thomas V. Van Flein, Esq.
Clapp Peterson, et al. LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454

Re: *Airgas v. Eggleston*

Dear Tom:

My office has left several phone messages for you this week requesting that you produce the full transcripts of the telephonic interviews relied on in Eggleston's reply in support of motion to bifurcate. To date, we have not heard back from you. Although we understand if you are busy, our request is fairly simple and we would appreciate your response as soon as possible. Generally, we ask that you disclose full copies of all previously undisclosed and unprivileged recorded statements covered by Rule 26(a)(1)(C). More specifically, assuming that the transcripts attached to your reply brief reflect all such recorded statements and that the transcript of Jeremy Schaeffer is complete, we simply ask for the complete transcripts of Rick Thomas, Jimmy Connor, Jean Caskey, and Dennis Atkins.

Please let me know as soon as possible when this information will be provided.

Thanks very much.

Very truly yours,

PRESTON GATES & ELLIS LLP

Douglas S. Parker

EXHIBIT ___A___
PAGE __1__ OF __1__

LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

420 L STREET, SUITE 400  ANCHORAGE, AK 99501-1971  TEL: (907) 276-1969  FAX: (907) 276-1365  www.prestongates.com
Anchorage  Beijing  Coeur d'Alene  Hong Kong  Orange County  Portland  San Francisco  Seattle  Spokane  Taipei  Washington, DC