

**FILED**
DEC 23 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Airgas Nor-Pac v. Eggleston*
Case No. A02-202 CV (JKS)

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:      ORDER FROM CHAMBERS

   Pursuant to the Court's request regarding certification of readiness for trial, Defendant's counsel has filed a status report. Docket No. 106. The Court has received nothing from Plaintiff. It appears that discovery is not yet complete and that the parties are contemplating possible mediation and may seek a settlement conference before a District Judge. Discovery will apparently be completed by the end of February and by that time the parties will know whether a trial should be scheduled. The Court will therefore defer setting a trial until further notice. The parties should jointly file an updated status report **on or before Monday, March 6, 2006,** addressing discovery, the contemplated mediation indicating whether a settlement conference is desired, and whether and when trial will be pursued.

   **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 23, 2005

*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A02-0202--CV (JKS)   om 12-23-05

J. BOARDMAN (PRESTON)
T. VAN FLEIN

108