DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>RICK EGGLESTON,<br><br>    Defendant. | Case No. A02-202 CI (JKS) |

## **PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's December 23, 2005 order, the parties hereby advise the Court of the updated status of this case. Counsel for the parties have conferred and have developed the following proposed plan:

1. Plaintiff will have six weeks from today to prepare an expert report responding to Defendant's expert report.

2. The parties will mediate in May or June 2006.

-1-

3. If mediation proves unsuccessful, the parties will conduct limited additional depositions, completing those depositions within one month after mediation. No other discovery is anticipated.

4. Immediately following completion of any additional depositions, the parties will propose trial dates.

DATED at Anchorage, Alaska this 6th day of March 2006.

| PRESTON GATES & ELLIS LLP | CLAPP PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC |
|---|---|
| /s/ Douglas S. Parker<br>DOUGLAS S. PARKER, ABA # 8311168<br>420 L Street, Suite 400<br>Anchorage, AK 99501<br>Phone: 907-276-1969<br>Fax: 907-276-1365<br>Email: parkerd@prestongates.com<br>Attorneys for Plaintiff AIRGAS NOR-PAC, INC. | /s/ Thomas Van Flein<br>Thomas Van Flein, ABA # 9011119<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>Phone : 907-272-9228<br>Fax : 907-272-9586<br>Email: usdc-anch-ntc@cplawak.com<br>Attorneys for Defendant Rick Eggleston |

**Certificate of Service**
I hereby certify that on March 6, 2006, copies of the foregoing were served electronically on:

Thomas V. Van Flein, Esq.
Clapp Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

/s/ Douglas S. Parker

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969