THOMAS VAN FLEIN, ESQ.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
Attorney for Defendant Rick Eggleston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>RICK EGGLESTON,<br><br>                Defendant. | Case No. A02-202 CI (JKS) |

### NOTICE OF FILING REBUTTAL REPORT

Defendant Rick Eggleston gives notice of filing his expert's rebuttal report on damages, attached as Exhibit 1.

DATED at Anchorage, Alaska, this 19th day of April, 2006.

                                      s/     Thomas V. Van Flein
                                      CLAPP, PETERSON, VAN FLEIN
                                      TIEMESSEN & THORSNESS, LLC
                                      Attorneys for Defendant
                                      711 H Street, Suite 620
                                      Anchorage, Alaska 99501-3454
                                      Tel: (907) 272-9272
                                      Fax: (907) 272-9586
                                      (907) 272-9272
                                      usdc-anch-ntc@cplawak.com

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## Certificate of Service

I hereby certify that on April 19, 2006, a copy of the foregoing document was served electronically on Douglas S. Parker.

Douglas S. Parker
parkerd@prestongates.com

                                     s/ Barbara M. Pauli

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Filing Rebuttal Report
*Airgas v. Eggleston*, Case No. A02-202 CI (JKS)
Page 2 of 2