DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| AIRGAS NOR-PAC, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. A02-202 CI (JKS) |
| RICK EGGLESTON, | |
| Defendant. | |

### NOTICE OF FILING CORRECTED PLAINTIFF'S STATUS REPORT

On Monday, July 24, 2006, Plaintiff inadvertently e-filed an incorrect status report.

By notice to this Court, Plaintiff hereby files its corrected status report as attached.

DATED at Anchorage, Alaska this 25th day of July 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Douglas S. Parker
Douglas S. Parker, ABA No. 8311168
Attorneys for Plaintiff AIRGAS
NOR-PAC, INC.

**Certificate of Service**

I hereby certify that on the 25th day of July 2006, a true copy of the foregoing was served on:

Thomas V. Van Flein, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Via:

☒ U.S. Mail
☐ Hand Delivery
☐ Facsimile


　　/s/ Douglas S. Parker
Douglas S. Parker

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**Notice of Filing Corrected Plaintiff's Status Report**
*Airgas v. Eggleston,* No. A02-0202 CV (JKS)
Page 2 of 2