DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC., <br><br>     Plaintiff, <br><br>v. <br><br>RICK EGGLESTON, <br><br>     Defendant. | Case No. A02-202 CI (JKS) |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's July 19, 2006 order [at Docket No. 112], Plaintiff hereby advises the Court of the updated status of this case. Due to inadequate time for finalizing certain transactional aspects of the settlement agreement, the parties have agreed to extend the deadline for finalizing the settlement to August 29, 2006. Barring any unforeseen difficulties, the parties intend to complete the settlement and file for dismissal by no later than that date.

/ / / / / /

/ / / / / /

Page 1 of 2

DATED at Anchorage, Alaska this 25th day of July 2006.

PRESTON GATES & ELLIS LLP


By: /s/ Douglas S. Parker
Douglas S. Parker, ABA No. 8311168
Attorneys for Plaintiff AIRGAS
NOR-PAC, INC.


**Certificate of Service**

I hereby certify that on the 25th day of July 2006, a true copy of the foregoing was served on:

Thomas V. Van Flein, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Via:

☒ U.S. Mail
☐ Hand Delivery
☐ Facsimile


/s/ Douglas S. Parker
Douglas S. Parker

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**Plaintiff's Status Report**
*Airgas v. Eggleston*, No. A02-0202 CV (JKS)
Page 2 of 2