Douglas S. Parker
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
T: (907) 276-1969
F: (907) 276-1365
E: parkerd@prestongates.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>RICK EGGLESTON,<br><br>        Defendant. | Case No. A02-202 CI (JKS) |

### PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order, and after consultation with Defendant's attorney, Plaintiff hereby advises the Court of the updated status of this case. The parties continue to work on finalizing a few remaining transactional aspects of the settlement agreement and, barring any unforeseen difficulties, the parties intend to complete the settlement and file for dismissal by no later than September 28, 2006.

/ / / / / /

/ / / / / /

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

DATED at Anchorage, Alaska this 29th day of August 2006.

PRESTON GATES & ELLIS LLP
Attorneys for Plaintiff
AIRGAS NOR-PAC, INC.


By:    /s/ Douglas S. Parker
       Douglas S. Parker, ABA No. 8311168
       PRESTON GATES & ELLIS LLP
       420 L Street, Suite 400
       Anchorage, AK  99501
       (907) 276-1969
       (907) 276-1365 (Fax)
       parkerd@prestongates.com

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
usdc-anch-ntc@cplawak.com

PRESTON GATES & ELLIS LLP


By:_____/s/ Douglas S. Parker_____
    Douglas S. Parker, #8311168
    Attorneys for Plaintiff
    AIRGAS NOR-PAC, INC.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969