DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
T: (907) 276-1969
F: (907) 276-1365
E: parkerd@prestongates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>RICK EGGLESTON,<br><br>      Defendant. | Case No. A02-202 CI (JKS) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's order, and after consultation with Defendant's attorney, Plaintiff hereby advises the Court of the updated status of this case. Plaintiff's negotiations with a third-party over a real estate transaction necessary for finalizing the parties' settlement agreement have taken longer than originally anticipated. Those negotiations, however, appear to be reaching resolution and, barring any further unforeseen difficulties, the parties intend to complete the settlement and file for dismissal by no later than November 10, 2006.

---

*Airgas v. Eggleston*, No. A02-0202 CV (JKS)
Page 1 of 3

DATED at Anchorage, Alaska this 28th day of September 2006.

                PRESTON GATES & ELLIS LLP
                Attorneys for Plaintiff
                AIRGAS NOR-PAC, INC.

                By:   /s/ Douglas S. Parker
                     Douglas S. Parker, ABA No. 8311168
                     PRESTON GATES & ELLIS LLP
                     420 L Street, Suite 400
                     Anchorage, AK  99501
                     (907) 276-1969
                     (907) 276-1365 (Fax)
                     parkerd@prestongates.com

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**Plaintiff's Status Report**
*Airgas v. Eggleston,* No. A02-0202 CV (JKS)
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
usdc-anch-ntc@cplawak.com

                                        PRESTON GATES & ELLIS LLP

                                        By:    /s/ Douglas S. Parker
                                             Douglas S. Parker, #8311168
                                        Attorneys for Plaintiff
                                        AIRGAS NOR-PAC, INC.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**Plaintiff's Status Report**
*Airgas v. Eggleston*, No. A02-0202 CV (JKS)
Page 3 of 3