DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
T: (907) 276-1969
F: (907) 276-1365
E: parkerd@prestongates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>RICK EGGLESTON,<br><br>                  Defendant. | Case No. A02-202 CI (JKS) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's order, and after consultation with Defendant's attorney, Plaintiff hereby advises the Court of the updated status of this case. Plaintiff's negotiations with a third-party over a real estate transaction necessary for finalizing the parties' settlement agreement are nearly complete and, barring any further unforeseen difficulties, the parties intend to complete the settlement and file for dismissal by no later than November 30, 2006.

DATED at Anchorage, Alaska this 13th day of November 2006.

PRESTON GATES & ELLIS LLP
Attorneys for Plaintiff
AIRGAS NOR-PAC, INC.

By: /s/ Douglas S. Parker
Douglas S. Parker, ABA No. 8311168
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501
(907) 276-1969
(907) 276-1365 (Fax)
parkerd@prestongates.com

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

Case 3:02-cv-00202-JKS   Document 120   Filed 11/13/2006   Page 2 of 3

**Plaintiff's Status Report**
*Airgas v. Eggleston*, No. A02-0202 CV (JKS)
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas V. Van Flein, Esq.
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
usdc-anch-ntc@cplawak.com

PRESTON GATES & ELLIS LLP

By: /s/ Douglas S. Parker
Douglas S. Parker, #8311168
Attorneys for Plaintiff
AIRGAS NOR-PAC, INC.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**Plaintiff's Status Report**
*Airgas v. Eggleston,* No. A02-0202 CV (JKS)
Page 3 of 3