DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone:   (907) 276-1969
Facsimile:    (907) 276-1365

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AIRGAS NOR-PAC, INC., <br><br>                        Plaintiff, <br><br> v. <br><br> RICK EGGLESTON, <br><br>                        Defendant. | Case No. 3:02-CV-0202-JKS |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate and agree to the dismissal of this action and all claims raised in it, with prejudice, except claims related to the obligations contained in their Mutual Release of All Claims and Settlement Agreement dated May 31, 2006. The parties agree to bear their own costs and fees.

PRESTON GATES & ELLIS LLP  ABA 9611064

Dated: 11/22/06

By: _____
For: Douglas S. Parker, Alaska Bar 8311168
Attorneys for Airgas Nor-Pac, Inc.

CLAPP PETERSON, LLC

Dated: 11/22/06

By: _____
Thomas Van Flein, Alaska Bar 9011119
Attorneys for Defendant Rick Eggleston

**Certificate of Service**
I hereby certify that on the November 22, 2006, a true copy of the foregoing was served on:

Thomas V. Van Flein, Esq.
Clapp Peterson, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

Via: ☑ U.S. Mail  ☐ Hand Delivery  ☐ Facsimile

_____
Darryl Sanchez, Legal Assistant

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

*Stipulation for Dismissal with Prejudice*
Airgas v. Eggleston; A02-202 Civil
Page 2 of 2